# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

CATHY BRANDENBURG, as natural )
mother of Christian Brooke Joiner and )
guardian of William Rhys Gulnick, )
                     )
        Plaintiff, )
v. )           CV619-065
                     )
TYRONE BURNS, JR, et al., )
                     )
        Defendants. )

## ORDER

This case, involving unspecified allegations of wrongful death was assigned to the undersigned. *See* Doc. 1. Because several attorneys from the undersigned's former law firm have appeared in this case, and to avoid any appearance of impropriety, I recuse. The Clerk is, therefore, **DIRECTED** to reassign this case to Magistrate Judge James E. Graham for all further proceedings.

**SO ORDERED**, this 22nd day of July, 2019.

Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia