# United States District Court
## Southern District of Georgia

CATHY BRANDENBURG as Natural Mother of Christian Brooke Joiner and guardian of William Rhys Gulnick,

Plaintiff,

v.

TYRONE BURNS, JR.; CITY OF VIDALIA; TYRONE BURNS, SR.; and CENTERSTONE OF FLORIDA, INC.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:19-cv-65

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated November 4, 2019, Plaintiff's Motion to Remand is GRANTED. This Court REMANDS this case to the Superior Court of Toombs County, Georgia. This action stands closed.

Approved by: _____

November 12, 2019
Date

Scott L. Poff
Clerk

(By) Deputy Clerk